IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ELDORA C. BATTIE,<br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>  Defendant. | Case No. 4:14-CV-04044-JEH |

### Order

  The Court has reviewed the Plaintiff's Motion for EAJA Fees (Doc. 21) and the Defendant's Response to Plaintiff's Petition for Attorney Fees under the EAJA (Doc. 26) in which the Commissioner states she has no objection to the Plaintiff's Motion. The Court therefore awards the Plaintiff, Eldora C. Battie, attorney fees under Section 2412(d)(1)(B) of the EAJA in the amount of $3,417.75 (three thousand four hundred seventeen dollars and seventy five cents) payable directly to her counsel only if there are no pre-existing debts that the Plaintiff owes the United States. See *Astrue v Ratliff*, 560 US 586, 589 (2010) ("We hold that a § 2412(d) fees award is payable to the litigant and is therefore subject to a Government offset to satisfy a pre-existing debt that the litigant owes the United States"). If the Plaintiff does have pre-existing debts owed to the United States, her EAJA attorney fee award is subject to a Government offset to satisfy the pre-existing debts.
Entered on June 2, 2015.

               s/Jonathan E. Hawley
               U.S. MAGISTRATE JUDGE